UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DAKOTANS FOR HEALTH, RICK WEILAND, ADAM WEILAND,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAH ANDERSON, MINNEHAHA COUNTY AUDITOR, SUED IN HER OFFICIAL CAPACITY; JEAN BENDER, MINNEHAHA COUNTY COMMISSIONER, SUED IN THEIR OFFICIAL CAPACITY; DEAN KARSKY, MINNEHAHA COUNTY COMMISSIONER, SUED IN THEIR OFFICIAL CAPACITY; GERALD BENINGA, MINNEHAHA COUNTY COMMISSIONER, SUED IN THEIR OFFICIAL CAPACITY; JEN BLEYENBERG, MINNEHAHA COUNTY COMMISSIONER, SUED IN THEIR OFFICIAL CAPACITY; AND JOE KIPPLEY, MINNEHAHA COUNTY COMMISSIONER, SUED IN THEIR OFFICIAL CAPACITY;<br><br>Defendants. | 4:23-CV-04075-RAL<br><br>ORDER SETTING PRELIMINARY INJUNCTION HEARING |

After consultation with the parties, it is

ORDERED that a preliminary injunction hearing is set for May 26, 2023, at 9:00 a.m. Central Time at the Federal Courthouse in Sioux Falls, South Dakota.

DATED this 12th day of May, 2023.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE