UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAKOTANS FOR HEALTH, RICK WEILAND, AND ADAM WEILAND,<br><br>Plaintiffs,<br><br>v.<br><br>LEAH ANDERSON, MINNEHAHA COUNTY AUDITOR, SUED IN HER OFFICIAL CAPACITY, AND JEAN BENDER, DEAN KARSKY, GERALD BENINGA, JEN BLEYENBERG, AND JOE KIPPLEY, MINNEHAHA COUNTY COMMISSIONERS, ALL SUED IN THEIR OFFICIAL CAPACITIES,<br><br>Defendants. | 4:23-cv-04075-RAL<br><br><br>**JOINT STIPULATION REGARDING SETTLEMENT OF SUBSTANTIVE CLAIMS** |

The parties, by and through counsel, hereby jointly stipulate that they have fully and finally settled all substantive claims in the lawsuit, except for a claim for recovery of costs and attorney's fees that Plaintiffs may assert. The parties will meet and confer to determine whether this issue may be resolved without further involvement from the Court and will apprise the Court in the near future.

The Settlement Agreement and Release of Claims is attached as Exhibit 1. On November 27, 2023, the Minnehaha County Commission adopted the Revised Policy as described in the Settlement Agreement.

1

Date: December 5, 2023.

*[signature]*

Jim Leach
1617 Sheridan Lake Road
Rapid City, South Dakota 57702
Phone: 605-341-4400
E-mail: jim@southdakotajustice.com
Attorney for Plaintiffs

Cadwell Sanford Deibert & Garry LLP

/s/ Alex M. Hagen

Alex M. Hagen
200 East 10th St., Suite 200
Sioux Falls SD 57104
ahagen@cadlaw.com
(605) 336-0828
Attorneys for Defendants