UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAKOTANS FOR HEALTH, RICK WEILAND, AND ADAM WEILAND, <br><br>Plaintiffs, <br><br>v. <br><br>LEAH ANDERSON, MINNEHAHA COUNTY AUDITOR, SUED IN HER OFFICIAL CAPACITY, AND JEAN BENDER, DEAN KARSKY, GERALD BENINGA, JEN BLEYENBERG, AND JOE KIPPLEY, MINNEHAHA COUNTY COMMISSIONERS, ALL SUED IN THEIR OFFICIAL CAPACITIES, <br><br>Defendants. | 4:23-cv-04075-RAL <br><br><br>**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, by and through counsel, inform the Court that the parties have resolved the sole remaining issue concerning Plaintiffs' claim for costs and attorney's fees and hereby jointly stipulate that the Court may enter an Order dismissing Plaintiff's Complaint with prejudice.

Date: January ____5____, 2024.

_/s/ Jim Leach_
Jim Leach
1617 Sheridan Lake Road
Rapid City, South Dakota 57702
Phone: 605-341-4400
E-mail: jim@southdakotajustice.com
Attorney for Plaintiffs

_/s/ Alex M. Hagen_
Alex M. Hagen
200 East 10th St., Suite 200
Sioux Falls SD 57104
ahagen@cadlaw.com
(605) 336-0828
Attorneys for Defendants

1